**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DENT,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MARK S. INCH,<br><br>　　　　　Defendant. | Case No. EDCV 18-1212-GW(SHK)<br><br><br>**JUDGMENT** |

Pursuant to the Order Presented By The United States Magistrate Judge Denying Preliminary Injunction and Temporary Resatraining Order,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: June 12, 2018

_____
HONORABLE GEORGE H. WU
United States District Judge